UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cr-00369-SB | Date: | October 6, 2026 |

Present: The Honorable **STANLEY BLUMENFELD, JR., United States District Judge**

Interpreter: N/A

| Lynnie Fahey | CourtSmart | Karen I. Meyer<br>Kate A Alexander |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Elias Abdul Shabazz | √ | | √ | Winston Kevin McKesson | √ | √ | |

**Proceedings:** MOTION FOR JUDGMENT OF ACQUITTAL AND NEW TRIAL [179]; SENTENCING (Non-Evidentiary)

The Court heard argument from counsel on its tentative ruling on Defendant's motion for judgment of acquittal and new trial (Dkt. No. 179). For the reasons stated on the record, the Court continues sentencing to November 24, 2026 at 8:00 a.m. Defendant shall file a supplemental sentencing memorandum no later than November 3, 2026. The government shall file a reply on November 13, 2026. The parties are further ordered to meet and confer as to the amount of victim restitution. If the parties are unable to reach an agreement, they shall include their positions in the supplemental filings.

The Court orders the portions of the transcript reflecting the victim's name sealed and not to be transcribed without an order from the Court.

: 51

Initials of Deputy Clerk LFA