Winston Kevin McKesson (SBN 106068)
Law Office of Winston K. McKesson
6080 Center Drive, Ste. 652
Los Angeles, California 90045-1540
T: 310-242-5889

Attorney for Defendant ELIAS ABDUL SHABAZZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIAS ABDUL SHABAZZ,<br>Defendant. | Case No. 2:25-cr-00369-SB<br><br>**DECLARATION OF WINSTON K. MCKESSON RE: REQUEST FOR EXTENSION TO FILE SUPPLEMENT** |

I, Winston Kevin McKesson declare

1. That I am the attorney for Elias Shabazz. I an attorney duly licensed to practice law in all the courts of this state as well as this  Federal court for forty three years. Moreover, over the last 20 years, I have tried federal cases in Los Angeles, Riverside, Oakland California, as well as Detroit Michigan. I have personal knowledge of the foregoing, and if called as a witness could and would testify competently thereto.

2. Mr. Shabazz and I attended the meeting with probation.

3. I prepared him for his trial testimony.

4. In attending both the meeting with probation, as well as our witness preparation sessions, I became aware of his background. To the extent of my knowledge, I filed papers regarding sentencing.

5. Since the last hearing in this matter, I have met with Mr. Shabazz at least 3 times for the purpose of collecting his bio in order to file more complete papers regarding this issue.

6. Mr. Shabazz assures me he prepared the bio last week and emailed it to me and his uncle.

7. To date I have not received the bio, nor has his uncle.

8. Moreover, I visited Mr. Shabazz last week, as well as today; however, he was unable to print a copy of the bio.

9. Based upon the foregoing, I am requesting until November 10, 2026, to supplement Mr. Shabazz's filing.

I declare that the forgoing is true and correct under the laws of the state of California as well as the penalty of perjury.

Executed this 3rd day of November 2026, in Los Angeles, California

Winston Kevin McKesson

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I hereby certify that on November 3, 2026, I electronically filed DECLARATION OF WINSTON K. MCKESSON RE: REQUEST FOR EXTENSION TO FILE SUPPLEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record.

Executed on November 3, 2026, at Los Angeles, California.

Signature
Winston K. McKesson
Print Name