Winston Kevin McKesson (SBN 106068)
Law Office of Winston K. McKesson
6080 Center Drive, Ste. 652
Los Angeles, California 90045-1540
T: 310-242-5889

Attorney for Defendant ELIAS ABDUL SHABAZZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIAS ABDUL SHABAZZ,<br>Defendant. | Case No. 2:25-cr-00369-SB<br><br>**DEFENDANT'S SUPPLEMENTAL POSITION REGARDING SENTENCING** |

Defendant, Elias Abdul Shabazz ("Shabazz"), hereby provides his supplement for sentencing and downward departure. Defendant includes the following attachments for the Court's review and consideration. Defendant has attached: 1. Biography of Elias Abdul Shabazz; and 2. Character Reference for Elias Abdul Shabazz. It is believed after reviewing the initial position combined with this supplement the Court will see downward departure is warranted in this case.

Dated: November 12, 2026

Respectfully submitted,

Winston Kevin McKesson, Esq.
Counsel for Defendant

EXHIBIT 1

Dated: November 11, 2026

My name is Elias Abdul Shabazz. I was born on June 17, 1992, to my father Elias Shabazz Sr. and my mother Nikkesha Shabazz in Gardena, CA. I was raised in Compton, CA until the age of 7 years old. I also have a sister who is 3 years younger than me named Tajah Shabazz. I was raised in a nurturing Muslim family consisting of cousins, aunts, uncles, and grandparents. My grandparents, Luther and Margaret Shabazz have played a major part in my life and upbringing as well. My mother was very hands-on with my rearing and education and began teaching me Hooked on Phonics in my formative years. By the time I was between 18-24 months, I was able to communicate words and sentences. Between my 24 and 36 months I learned arithmetic, English, and grammar at home through my mother's instruction.

My father and my mother worked for my grandparents at our family businesses. My mother was a teacher, and my father was a baker. My grandparents owned a Muslim private school called M.E.M.S. (Mr. Elijah Muhammad's School), a bakery named Shabazz Restaurant & Bakery, a health store, a bookstore, a catering company, a jazz club, and an arts & crafts store all located at 626 W. Alondra Blvd. I began attending kindergarten at that school when I was 3 years old. After I was finished with my daily schooling, I would observe the inner workings of the bakery, fold boxes for pies, pizzas, or cakes, and observe the businesses watching my uncles and aunts cook, bake, or teach.

My early childhood consisted of me learning from my father through his love and practice of karate and other martial arts, religious teachings, and playing with him around the house. He loved to draw and read comic books, do callisthenic workouts that I would emulate, and play video games with me. One of my fondest memories is of him taking me to Disneyland for my 4th birthday and carrying me on his shoulders for the entirety of the parade. Our family would take portraits and photos together, pray in the morning and at every meal with each other, and celebrate birthdays with homemade gifts, cards, or any other creative way we could think of. Sometimes we would do performances for each other like singing each other's favorite song as a family as a birthday gift to one another. Anything to make each other laugh and smile.

When I entered the 1st grade, upon recommendation from my teachers and a placement test that I completed, I was skipped to the 3rd grade at 4 years old. My mother began working as a secretary for the mayor of the City of Compton, and my father began working at Compton Fire Department. That same year I entered the spelling bee for my

school and won. My parents and family were all very proud of me and supportive, and schooling came to me with ease.

A year later, I was in the 4th grade and my grandparents stated they wanted to sell their businesses and move to Perris, CA due to the Y2K scare. At the end of my school year, my family and my grandparents' household moved to an acre and a half plot of land with two houses on it. Me, my sister, and my parents lived in one house, and my grandparents and my aunts lived in the house adjacent next door. My mother and father enrolled me in my sister into home schooling. My teacher would develop a lesson plan, and then we would meet every two weeks and have our work checked for completion. At her recommendation, she believed that instead of entering the 5th grade at the age of 7, that I should repeat the 4th grade with advanced curriculum. She believed that it would be adverse for me to graduate so early and miss out on important socializing and developmental experiences.

My lifestyle from the age of 7 to adulthood became even more close-knit once the inner city life was replaced with the country life. My days would consist of watching cartoons, doing schoolwork, and then learning how to work the land. I learned from my grandfather, who was born and raised in a country portion of Arkansas, how to plant and grow food, how to landscape, how to architect frames and build sheds and small buildings, how to bake and cook, how to care for goats and chickens, how to identify herbs and plants for healing and medicinal purposes, and most importantly how to provide for yourself and your family. He was very instrumental in my upbringing and played a major part in my rearing and teaching. This lifestyle continued into my teenage years. I took Brazilian Jiu-jitsu lessons when I was 12 and ran track and field from 12-13. I became formidable with computers due to my home schooling and learned how to build computer towers part-by-part and operate them. I got into professional competitive gaming and started entering tournaments and winning cash prizes and sponsorships from different processing companies, video card companies, and media companies.

Eventually my father and mother got better paying careers, and they remodeled our mobile home into a bigger and nicer home. My father became a successful insurance agent, and my mother was a surgical technician working on becoming a nurse. I assisted my father with his filings, accounting, cold calling, and learned how to properly file your taxes as a contractor when I was a senior in high school. From the 4th grade until the 11th grade, me and my sister were home schooled or enrolled in online schooling. Before my senior year of school, my father made the decision to enroll me into my first year of public school. This was done so I could learn socially, and to make sure I would be ready to enter the world because I lived a sheltered and secluded life with my family thus far by design.

I went to Perris High School my senior year of high school and it was a learning experience.

/s/ Elias Abdul Shabazz

EXHIBIT 2

Dated: November 10, 2026

Re: Character Reference for Elias Abdul Shabazz

Your Honor:

I am writing this letter in support of my nephew, Elias Abdul Shabazz, whom I have had the privilege of knowing his entire life, for over 30 years. As his aunt, I have watched him grow from a young child into an adult, and I hope to offer the Court a meaningful perspective on the person I have known throughout those years.

From a very young age, affectionately known as Elias Abdul, he has demonstrated exceptional intelligence and tremendous potential. I remember him learning to read at just four years old, an accomplishment that reflected his remarkable ability to learn and understand the world around him. Even then, I recognized that he had special gifts and abilities that could carry him far in life.

Elias Abdul has always been someone I have known to be kindhearted, respectful, compassionate, and hardworking. He has demonstrated genuine concern for others and a willingness to help his family.

I respectfully ask Your Honor to consider Elias Abdul longstanding character, his positive attributes, his potential for continued personal and professional growth, and the strong family support surrounding him when making any decisions concerning his future.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Iesha Shabazz

Iesha Shabazz

Aunt of Elias Abdul Shabazz

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I hereby certify that on November 12, 2026, I electronically filed DEFENDANT'S SUPPLEMENTAL POSITION REGARDING SENTENCING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record.

Executed on November 12, 2026, at Los Angeles, California.

Signature
Winston K. McKesson
Print Name